**FORM 3**

**UNITED STATES COURT OF INTERNATIONAL TRADE**

|  |  |
|---|---|
| ARCHER DANIELS MIDLAND COMPANY, | : |
| Plaintiff, | : |
| v. | :     **Court No. 26-02974** |
| UNITED STATES, | : |
| Defendant. | : |

TO:   The Attorney General and the United States Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commision:

    **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

<u>**/s/ Gina Justice**</u>
Clerk of the Court

1. (<u>Name and standing of plaintiffs</u>):  Plaintiff, Archer Daniels Midland Company, is a United States importer of the subject merchandise, phosphate fertilizers from the Russian Federation.  Therefore, plaintiff is an interested party within the meaning of 19 U.S.C. § 1677(9)(A).

    Plaintiff actively participated in the administrative review through the submission of written argument, and thus, also is an interested party to the proceeding as defined in 19 C.F.R. § 351.102(b)(36).

    Therefore, Plaintiff has standing to bring this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c) as an interested party who was a party to the proceeding identified below.

2. (<u>Brief description of contested determination</u>):  Plaintiffs contest certain aspects of Commerce's final determination, as published in *Phosphate Fertilizers From the Russian Federation*, 91 Fed. Reg. 20,639 (Dep't Commerce Apr. 17, 2026) (final results of countervailing duty administrative review; 2023).

3. (Date of determination):  The contested final results of the 2023 countervailing duty administrative review was issued by Commerce on April 17, 2026.

4. (If applicable, date of publication in Federal Register of notice of contested determination):  Commerce published its final results of countervailing duty administrative review on April 17, 2026 (91 Fed. Reg. 20,639).

/s/ Warren E. Connelly
Jonathan M. Freed
Warren E. Connelly
Kenneth N. Hammer
TRADE PACIFIC PLLC
700 Pennsylvania Avenue, SE
Suite 500
Washington, DC  20003
Tel:  (202) 223-3760
wconnelly@tradepacificlaw.com

*Counsel to Plaintiff Archer Daniels Midland Company*

May 15, 2026
Date

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons.  For that purpose, list below the complete name and mailing address of each defendant to be served.

Attorney-in-Charge
U.S. DEPARTMENT OF JUSTICE
International Trade Field Office
Commercial Litigation Branch - Civil Division
26 Federal Plaza – Room 346
New York, NY  10278

Supervising Attorney
Commercial Litigation Branch – Civil Division
U.S. DEPARTMENT OF JUSTICE
1100 L Street, NW
Room 12124
Washington, DC  20530

General Counsel
U.S. DEPARTMENT OF COMMERCE
14th Street & Constitution Avenue, NW
Room 5875
Washington, DC  20230

Chief Counsel
Office of the Chief Counsel for Trade
Enforcement & Compliance
U.S. DEPARTMENT OF COMMERCE
14th Street and Constitution Ave., NW
Room 3622
Washington, DC 20230

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018; Oct. 1, 2025, eff. Oct. 1, 2025; Oct. 23, 2025, eff. Dec. 1, 2025.)